

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2021

No. 04-21-00276-CV

**IN THE INTEREST OF M.C.L., A CHILD**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00477
The Honorable Kimberly Burley, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. Tex. R. Jud. Admin. 6.2. Appellant filed her notice of appeal on July 7, 2021. The reporter's record was due on July 27, 2021, but has not been filed. On August 2, 2021, this court notified the court reporter responsible for preparing the record, Ms. Angie Jimenez, that the reporter's record was late. Ms. Jimenez was directed to file a notification of late record if she had not received payment or to file the reporter's record no later than five days from the date of our letter. Otherwise, the reporter's record was due no later than ten days from the date of our letter. Neither a notification of late record nor the reporter's record have been filed by the extended deadline.

It is therefore ORDERED that Ms. Jimenez file the reporter's record in this court **no later than August 27, 2021**. If the record is not received by such date, an order may be issued directing Ms. Jimenez to appear before this court in person and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Jimenez by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," Tex. R. App. P. 35.3(c), the clerk of this court is directed to serve a copy of this order on the Honorable Kimberly Burley, Judge of the 285th Judicial District Court.

Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2021.



Michael A. Cruz,
Clerk of Court